DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

IGNACIO LOPEZ

RAMONA R LOPEZ

                Debtors

) Chapter 13
) Case No. 11-51912 HLB
)
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
) Claimant:
) JESUS AND ROSA CORTEZ
) Court Claim No. 11
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $794.30. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

    Jesus And Rosa Cortez
    88 Firehorn Way
    Watsonville, CA 95076

                                      /s/ Devin Derham-Burk

Dated: July 18, 2016                           DEVIN DERHAM-BURK, Trustee