Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
# Northern District of California

| In re Debtor(s): | Case No.: 11–51912 HLB 13 |
|---|---|
| Ignacio Lopez and Ramona R. Lopez<br>aka   Ignacio Lopez Villanueva<br>aka   Ramona Rodriguez Lopez<br>fdba  Ramona Lopez Daycare | Chapter: 13 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor Jesus    CLAIM: 794.30
and Rosa Cortez

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: Proposed order has incorrect notice filed date.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 11/4/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: 10/4/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
   (415)268–2344
      Chris_Gundayao@canb.uscourts.gov